UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YENDY CRUZ, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

                Plaintiff,

       - against -                                 **JUDGMENT**
                                                CV 17-1994 (ADS)(GRB)

CREDIT CONTROL SERVICES, INC. D/B/A
CREDIT COLLECTION SERVICES,

                Defendant,
------------------------------------------------------------X
YENDY CRUZ, ON BEHLALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

                Plaintiff,

       - against -                                   CV 17-2590 (ADS)(GRB)

CREDIT CONTROL SERVICES, INC. D/B/A
CREDIT COLLECTION SERVICES,

                Defendant,
------------------------------------------------------------X

      A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on November 8, 2017, granting the Defendant's motion pursuant to Rule 12(b)(6) to dismiss, dismissing the complaints in these cases with prejudice, and directing the Clerk of the Court to enter judgement accordingly and close these cases, it is

      **ORDERED AND ADJUDGED** that the Plaintiff Yendy Cruz take nothing of Defendant Credit Control Services, Inc.; that the Defendant's motion to dismiss pursuant to Rule 12(b)(6) is granted; that the complaints in these cases are dismissed with prejudice; and that these cases are hereby closed.

Dated:  Central Islip, New York
           November 13, 2017

                                                            DOUGLAS C. PALMER
                                                             CLERK OF THE COURT

                                     By:    /s/ James J. Toritto
                                                   Deputy Clerk